NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RIPMAX LTD.,**
*Plaintiff-Appellant,*

**v.**

**HORIZON HOBBY, INC.,**
*Defendant-Cross Appellant.*

---

2010-1098,-1099

---

Appeals from the United States District Court for the Central District of Illinois in No. 07-CV-2133, Chief Judge Michael P. McCuskey.

---

**JUDGMENT**

---

STEPHEN P. MCNAMARA, St. Onge Steward Johnston & Reems LLC, of Stamford, Connecticut, argued for plaintiff-appellant. With him on the brief were STEVEN B. SIMONIS, BENJAMIN C. WHITE and TODD M. OBERDICK.

JAMES M. BOLLINGER, Troutman Sanders LLP, of New York, New York, argued for defendant-cross appellant. With him on the brief was LAURA E. KRAWCZYK, Morgan, Lewis & Bockius LLP, of New York, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, CLEVENGER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 8, 2010                    /s/ Jan Horbaly
Date                                  Jan Horbaly
                                          Clerk